DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PAIGE RYON** and **HEATHER RYON,**
Appellants,

v.

**ROCKIN' H RANCH, LLC,**
Appellee.

No. 4D21-587

[October 7, 2021]

Appeal from the County Court for the Nineteenth Judicial Circuit, Martin County; Jennifer Alcorta Waters, Judge; L.T. Case Nos. 20000791SCAXMX and 2021DC0587.

Stuart E. Goldberg of Lichtblau & Goldenberg, P.A., North Palm Beach, for appellants.

Scott A. Cole of Cole, Scott & Kissane, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*